B23 (Official Form 23) (12/08)

```
                                            FILED
                                      September 22, 2010
                                    CLERK, U.S. BANKRUPTCY COURT
                                    EASTERN DISTRICT OF CALIFORNIA
                                           0002944176
```

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                      Case No. **10-36288**

**Bauman, Phillip Earl**                                    Chapter **7**
                           Debtor(s)

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, **Phillip Earl Bauman**_____ the debtor in the above-styled case, hereby certify
          (Printed Name of Debtor)

that on __**September 21, 2010**__ *(Date)*, I completed an instructional course in personal financial management provided by

**Academy of Financial Literacy**_____ an approved personal financial management provider.
        (Name of Provider)

Certificate No. *(if any)*: **11557-CAE-DE-012413768**

☐ I, _____ the debtor in the above-styled case, hereby certify
      (Printed Name of Debtor)

that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.


Signature of Debtor: _____
Date: __**September 22, 2010**__

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 11557-CAE-DE-012413768

Bankruptcy Case Number: 10-36288



11557-CAE-DE-012413768

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 21, 2010, at 7:06 o'clock PM MDT, Phillip E. Bauman completed a course on personal financial management given by internet by Academy of Financial Literacy, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date: September 21, 2010         By:    /s/Phillip Eugene Day

                                 Name:  Phillip Eugene Day

                                 Title: Owner